# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| AFRICK, LANCE M. | USDC, EASTERN DISTRICT OF LA | 06/09/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| FULL-TIME U.S. DISTRICT JUDGE | ☐ Nomination    Date<br>☐ Initial  ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

500 POYDRAS STREET
ROOM C-405
NEW ORLEANS, LA 70130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Committee Member and Past President | Allstate Sugar Bowl |
| 2. | Director | ▓▓▓▓ Foundation, Inc. |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 06/09/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Brown Sims, PC - wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New Orleans Bar Association | April 19-20, 2013 | Biloxi, MS | Bench Bar Conference | registration, hotel accommodations |
| 2. | American Conference Institute | February 27-28, 2013 | Houston, TX | Annual Forum | hotel, transportation |
| 3. | Brown Sims | June 16-19, 2013 | New York, NY | UJA General Insurance Annual Dinner | airfare, food |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▩ Investments, Inc. | A | Dividend | M | U | | | | | |
| 2. ▩ Investments, LP | B | Dividend | P1 | T | | | | | |
| 3. Louisiana Local Gov. Enviro (Municipal Bond) | A | Interest | J | T | | | | | |
| 4. Krispy Kreme Donuts, Inc. | | None | J | T | | | | | |
| 5. RMA Tax Free Fund, Inc. (UBS) | A | Dividend | L | T | Sold (part) | 01/02/13 | J | | |
| 6. | | | | | Buy | 01/02/13 | J | | |
| 7. | | | | | Buy | 01/03/13 | K | | |
| 8. | | | | | Sold (part) | 01/04/13 | J | | |
| 9. | | | | | Sold (part) | 01/09/13 | J | | |
| 10. | | | | | Buy | 01/15/13 | K | | |
| 11. | | | | | Sold (part) | 01/24/13 | J | | |
| 12. | | | | | Sold (part) | 01/25/13 | J | | |
| 13. | | | | | Buy | 01/25/13 | J | | |
| 14. | | | | | Sold (part) | 01/31/13 | K | | |
| 15. | | | | | Buy | 02/04/13 | J | | |
| 16. | | | | | Sold (part) | 02/05/13 | J | | |
| 17. | | | | | Buy | 02/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 02/12/13 | J | | |
| 19. | | | | | Buy | 02/19/13 | J | | |
| 20. | | | | | Sold (part) | 02/21/13 | J | | |
| 21. | | | | | Buy | 02/22/13 | J | | |
| 22. | | | | | Sold (part) | 02/27/13 | J | | |
| 23. | | | | | Buy | 03/04/13 | J | | |
| 24. | | | | | Buy | 03/06/13 | J | | |
| 25. | | | | | Sold (part) | 03/08/13 | J | | |
| 26. | | | | | Sold (part) | 03/08/13 | M | | |
| 27. | | | | | Sold (part) | 03/11/13 | L | | |
| 28. | | | | | Sold (part) | 03/12/13 | L | | |
| 29. | | | | | Buy | 03/18/13 | J | | |
| 30. | | | | | Buy | 03/22/13 | J | | |
| 31. | | | | | Sold (part) | 03/27/13 | K | | |
| 32. | | | | | Buy | 04/01/13 | K | | |
| 33. | | | | | Buy | 04/02/13 | K | | |
| 34. | | | | | Buy | 04/03/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 04/05/13 | J | | |
| 36. | | | | | Sold (part) | 04/11/13 | K | | |
| 37. | | | | | Buy | 04/11/13 | L | | |
| 38. | | | | | Buy | 04/16/13 | J | | |
| 39. | | | | | Sold (part) | 04/22/13 | J | | |
| 40. | | | | | Sold (part) | 04/22/13 | L | | |
| 41. | | | | | Sold (part) | 04/23/13 | J | | |
| 42. | | | | | Sold (part) | 04/24/13 | J | | |
| 43. | | | | | Buy | 04/24/13 | J | | |
| 44. | | | | | Sold (part) | 04/30/13 | J | | |
| 45. | | | | | Buy | 05/02/13 | K | | |
| 46. | | | | | Sold (part) | 05/03/13 | K | | |
| 47. | | | | | Sold (part) | 05/09/13 | J | | |
| 48. | | | | | Buy | 05/13/13 | J | | |
| 49. | | | | | Sold (part) | 05/15/13 | J | | |
| 50. | | | | | Buy | 05/16/13 | J | | |
| 51. | | | | | Sold (part) | 05/17/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 05/24/13 | J | | |
| 53. | | | | | Sold (part) | 05/29/13 | J | | |
| 54. | | | | | Sold (part) | 05/30/13 | J | | |
| 55. | | | | | Sold (part) | 06/04/13 | J | | |
| 56. | | | | | Buy | 06/05/13 | K | | |
| 57. | | | | | Sold (part) | 06/17/13 | J | | |
| 58. | | | | | Buy | 06/18/13 | J | | |
| 59. | | | | | Sold (part) | 06/20/13 | J | | |
| 60. | | | | | Buy | 06/24/13 | J | | |
| 61. | | | | | Sold (part) | 06/25/13 | J | | |
| 62. | | | | | Sold (part) | 06/26/13 | J | | |
| 63. | | | | | Sold (part) | 06/27/13 | J | | |
| 64. | | | | | Buy | 07/02/13 | J | | |
| 65. | | | | | Buy | 07/10/13 | K | | |
| 66. | | | | | Sold (part) | 07/11/13 | J | | |
| 67. | | | | | Sold (part) | 07/12/13 | J | | |
| 68. | | | | | Sold (part) | 07/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy | 07/16/13 | J | | |
| 70. | | | | | Sold (part) | 07/23/13 | J | | |
| 71. | | | | | Buy | 07/25/13 | J | | |
| 72. | | | | | Buy | 08/02/13 | J | | |
| 73. | | | | | Buy | 08/06/13 | K | | |
| 74. | | | | | Sold (part) | 08/16/13 | J | | |
| 75. | | | | | Sold (part) | 08/19/13 | J | | |
| 76. | | | | | Sold (part) | 08/20/13 | J | | |
| 77. | | | | | Sold (part) | 08/21/13 | J | | |
| 78. | | | | | Sold (part) | 08/22/13 | J | | |
| 79. | | | | | Sold (part) | 08/23/13 | J | | |
| 80. | | | | | Buy | 08/26/13 | J | | |
| 81. | | | | | Sold (part) | 08/28/13 | J | | |
| 82. | | | | | Buy | 09/04/13 | J | | |
| 83. | | | | | Buy | 09/06/13 | J | | |
| 84. | | | | | Sold (part) | 09/09/13 | J | | |
| 85. | | | | | Sold (part) | 09/17/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 09/20/13 | J | | |
| 87. | | | | | Buy | 09/24/13 | J | | |
| 88. | | | | | Sold (part) | 09/30/13 | J | | |
| 89. | | | | | Sold (part) | 09/30/13 | K | | |
| 90. | | | | | Sold (part) | 10/01/13 | J | | |
| 91. | | | | | Sold (part) | 10/01/13 | L | | |
| 92. | | | | | Buy | 10/02/13 | L | | |
| 93. | | | | | Sold (part) | 10/03/13 | J | | |
| 94. | | | | | Buy | 10/04/13 | J | | |
| 95. | | | | | Buy | 10/16/13 | J | | |
| 96. | | | | | Sold (part) | 10/23/13 | J | | |
| 97. | | | | | Sold (part) | 10/25/13 | J | | |
| 98. | | | | | Buy | 10/25/13 | J | | |
| 99. | | | | | Sold (part) | 10/29/13 | J | | |
| 100. | | | | | Buy | 11/04/13 | J | | |
| 101. | | | | | Sold (part) | 11/05/13 | J | | |
| 102. | | | | | Buy | 11/06/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 11/14/13 | J | | |
| 104. | | | | | Buy | 11/18/13 | J | | |
| 105. | | | | | Sold (part) | 11/19/13 | J | | |
| 106. | | | | | Sold (part) | 11/20/13 | J | | |
| 107. | | | | | Sold (part) | 11/21/13 | J | | |
| 108. | | | | | Buy | 11/22/13 | J | | |
| 109. | | | | | Sold (part) | 11/25/13 | J | | |
| 110. | | | | | Buy | 11/26/13 | J | | |
| 111. | | | | | Sold (part) | 11/27/13 | M | | |
| 112. | | | | | Buy | 11/29/13 | J | | |
| 113. | | | | | Sold (part) | 12/02/13 | J | | |
| 114. | | | | | Buy | 12/03/13 | J | | |
| 115. | | | | | Buy | 12/06/13 | J | | |
| 116. | | | | | Sold (part) | 12/09/13 | J | | |
| 117. | | | | | Sold (part) | 12/11/13 | M | | |
| 118. | | | | | Buy | 12/17/13 | K | | |
| 119. | | | | | Buy | 12/24/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 12/26/13 | J | | |
| 121. | | | | | Sold (part) | 12/27/13 | J | | |
| 122. | | | | | Buy | 12/30/13 | J | | |
| 123. | | | | | Buy | 12/31/13 | J | | |
| 124. Facebook Inc. | | None | J | T | | | | | |
| 125. Allendale, MI Public Callable Bond | B | Interest | K | T | | | | | |
| 126. American Municipal Power OH Callable Bond | A | Interest | K | T | | | | | |
| 127. Maryland St. Health & Higher Bond | B | Interest | K | T | | | | | |
| 128. Alabama State Board Education Callable Bond | A | Interest | | | Redeemed | 05/01/13 | K | A | |
| 129. Louisville Jefferson KY Callable Bond | B | Interest | J | T | Sold (part) | 09/26/13 | K | B | |
| 130. Long Island Power Callable Bond | B | Interest | K | T | | | | | |
| 131. Akron Bath Copley OH Callable Bond | B | Interest | | | Redeemed | 12/16/13 | K | A | |
| 132. Illinois State FGIC Bond | C | Interest | L | T | | | | | |
| 133. Atlantic BCH FL HLTH Callble Bond | A | Interest | | | Redeemed | 04/01/13 | J | A | |
| 134. Georgia Municipal Electric Bond | B | Interest | K | T | Redeemed (part) | 01/02/13 | J | A | |
| 135. Clark CTNY Nevada School Callable Bond | B | Interest | K | T | | | | | |
| 136. Columbus OH Swr Callable Bond | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Columbus OH City Sch Callable Bond | B | Interest | K | T | | | | | |
| 138. Florida St. BER Callable Bond (2) | C | Interest | L | T | | | | | |
| 139. Connecticut St. Health & RV Callable Bond | B | Interest | K | T | | | | | |
| 140. Connecticut St. Health & Ser Callable Bond | A | Interest | J | T | | | | | |
| 141. Atlanta GA Water &Wastewater Rev Bond | C | Interest | K | T | | | | | |
| 142. District Columbia Rev Callable Bond | A | Interest | J | T | | | | | |
| 143. Houston TX Util Sys Callable Bond | C | Interest | L | T | | | | | |
| 144. Connecticut ST Gen Rev Callable Bond SRD | A | Interest | J | T | | | | | |
| 145. Duval Co FL Sch Callable Bond | B | Interest | K | T | | | | | |
| 146. Clayton County & Clayton Co Callable Bond | B | Interest | | | Sold | 09/09/13 | K | A | |
| 147. Florida St Brd Ed Lottery SR A | B | Interest | K | T | | | | | |
| 148. Nevada St FGIC Callable Bond | B | Interest | K | T | | | | | |
| 149. Univ Houston TX Callable Bond | B | Interest | K | T | | | | | |
| 150. Kendall & Kane Countys Callable Bond | B | Interest | K | T | | | | | |
| 151. Indiana Hlth FAC FING Callable Bond (2) | B | Interest | K | T | | | | | |
| 152. Florida St. Dept Environmen. Callable Bond (3) | C | Interest | M | T | | | | | |
| 153. University Ill Unv Callable Bond | B | Interest | J | T | Sold (part) | 09/26/13 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Kentucky Infrastruct Callable Bond | C | Interest | L | T | | | | | |
| 155.  Florida St Brd Ed. Lottery SrB | B | Interest | K | T | | | | | |
| 156.  Medical Univ SC Hosp Bond | C | Interest | | | Sold | 09/26/13 | L | C | |
| 157.  Metropolitan Trans AUNY SER A (2) | C | Interest | L | T | | | | | |
| 158.  New York City Cultural Callable Bond | C | Interest | L | T | | | | | |
| 159.  New York City Indus Dev Callable Bond | B | Interest | K | T | | | | | |
| 160.  Medical Univ SC Hosp Callable Bond | C | Interest | K | T | | | | | |
| 161.  Metropolitan Trans Auth NY Bond SERIES F | B | Interest | K | T | | | | | |
| 162.  Ohio St. Ser A Callable Bond | B | Interest | L | T | | | | | |
| 163.  Pennyslvania Higher Ed Callable Bond | B | Interest | K | T | | | | | |
| 164.  San Antonio TX Elec Callable Bond | B | Interest | K | T | | | | | |
| 165.  Texas Transport Comm Gen Callable Bond | B | Interest | K | T | | | | | |
| 166.  Wisconsin St SERC Bond | C | Interest | L | T | | | | | |
| 167.  Victoria Tex Go Ult Callable Bond | B | Interest | | | Sold | 09/26/13 | K | B | |
| 168.  Amarillo Tex CTFS Callable Bond | B | Interest | K | T | | | | | |
| 169.  Conneticut St Gen Ser A Callable Bond | B | Interest | K | T | | | | | |
| 170.  Florida St Brd Ed Pub Callable Bond SRD | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Mass St Port Au Rev Callable Bond | B | Interest | L | T | | | | | |
| 172. Florida St Brd Educ Pub Callable Bond | B | Interest | L | T | | | | | |
| 173. John Hancock Variable Annuity | | None | N | T | | | | | |
| 174. Dreyfus Liquid Assets Class 1 (Y) | | | | | | | | | |
| 175. Blackrock MUN Target Term Trust | C | Dividend | L | T | | | | | |
| 176. Nuveen Inter Duration | C | Dividend | L | T | | | | | |
| 177. Pimco Dynamic CR Income FD | C | Dividend | K | T | Buy | 01/28/13 | K | | |
| 178. Louisiana St Gas & Fuels Tax | C | Interest | M | T | Buy | 03/05/13 | M | | |
| 179. Louisiana St RFDG SER C | B | Interest | M | T | Buy | 03/05/13 | M | | |
| 180. Metropolitan Allstate Rapid Tran Auth GA Sales Tax Rev | B | Interest | K | T | Buy | 03/06/13 | L | | |
| 181. Pueblo Cnty Colo CTFS PARTN Cnty Judicial Complex | B | Interest | K | T | Buy | 03/06/13 | K | | |
| 182. Atlanta GA WTR & WASTE WATER FSA SR B | B | Interest | K | T | Buy | 03/07/13 | K | | |
| 183. Boynton Beach Fla Util Sys Rev | B | Interest | K | T | Buy | 03/07/13 | K | | |
| 184. Miami Dade Cnty Fla SCH BRD CTFS SER B | C | Interest | L | T | Buy | 04/08/13 | L | | |
| 185. Louisiana LOC GOVT Environmental Assur SR B | B | Interest | J | T | Buy | 04/17/13 | L | | |
| 186. Center Coast MLP & Infrastructure FD | A | Dividend | K | T | Buy | 09/25/13 | K | | |
| 187. New Jersey ST Trans TRFD SER AA | B | Interest | L | T | Buy | 09/26/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Midland Cnty TEX Fresh WTR Supply DIST | A | Interest | M | T | Buy | 09/26/13 | M | | |
| 189. University WIS Hosps & Clinics Auth Rev SER A | | None | L | T | Buy | 09/26/13 | L | | |
| 190. Nuveen Ltd Municipal Bond Fund | A | Dividend | J | T | Buy (add'l) | 11/04/13 | J | | |
| 191. AT&T Inc. | A | Dividend | J | T | | | | | |
| 192. Intel Corp DE (Y) | | | | | | | | | |
| 193. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 194. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 195. PIMCO Total Return Fund Class A | A | Dividend | | | Sold | 10/21/13 | J | A | |
| 196. PIMCO All Assets All Auth A | A | Dividend | J | T | | | | | |
| 197. First Eagle Global Fund Class A | A | Dividend | J | T | Buy (add'l) | 12/16/13 | J | | |
| 198. Fidelity Advisor Short Intermediate Mun Inc Class A | A | Dividend | | | Buy (add'l) | 02/26/13 | J | | |
| 199. | | | | | Sold | 04/24/13 | J | A | |
| 200. Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 201. Franklin/Templeton Global Bond Fund | A | Dividend | J | T | Buy (add'l) | 11/04/13 | J | | |
| 202. FPA Crescent Fund | A | Dividend | J | T | Buy (add'l) | 02/27/13 | J | | |
| 203. | | | | | Buy (add'l) | 03/04/13 | J | | |
| 204. | | | | | Buy (add'l) | 08/29/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 206. Altria Group, Inc. | A | Dividend | J | T | | | | | |
| 207. Starbucks Corp | A | Dividend | J | T | | | | | |
| 208. New York CMNTY Bancorp | A | Dividend | J | T | | | | | |
| 209. Mainstay Marketfield Fund Class A | A | Dividend | J | T | Buy (add'l) | 08/29/13 | J | | |
| 210. | | | | | Buy (add'l) | 09/09/13 | J | | |
| 211. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 212. Yacktman Focused Fund | A | Dividend | J | T | Buy | 02/27/13 | J | | |
| 213. RMA Money Market (Y) | | | | | | | | | |
| 214. State of Louisiana (Start Program) (Y) | | | | | | | | | |
| 215. Lord Abbett Bond Debenture Fund | A | Dividend | J | T | Buy | 11/04/13 | J | | |
| 216. Guggenheim Macro Opportunities | A | Dividend | J | T | Buy | 04/29/13 | J | | |
| 217. | | | | | Buy (add'l) | 09/03/13 | J | | |
| 218. Berkshire Hathaway CL B | | None | J | T | Buy | 02/26/13 | J | | |
| 219. Corning Inc DF | A | Dividend | J | T | Buy | 03/18/13 | J | | |
| 220. | | | | | Buy (add'l) | 04/29/13 | J | | |
| 221. | | | | | Buy (add'l) | 09/03/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Fidelity Advisor Floating Rate High Income Fund | A | Dividend | J | T | Buy | 04/24/13 | J | | |
| 223. | | | | | Buy (add'l) | 09/03/13 | J | | |
| 224. | | | | | Buy (add'l) | 09/11/13 | J | | |
| 225. Neuberger Berman Long Short Fund Class | A | Dividend | K | T | Buy | 06/03/13 | J | | |
| 226. | | | | | Buy (add'l) | 09/03/13 | J | | |
| 227. | | | | | Buy (add'l) | 10/21/13 | J | | |
| 228. | | | | | Buy (add'l) | 12/16/13 | J | | |
| 229. Lorillard Inc. | A | Dividend | J | T | Buy | 09/03/13 | J | | |
| 230. Goldman Sachs Strategic Income | A | Dividend | K | T | Buy | 09/03/13 | J | | |
| 231. | | | | | Buy (add'l) | 11/14/13 | J | | |
| 232. PIMCO Income Fund Class A | A | Dividend | J | T | Buy | 10/21/13 | J | | |
| 233. ING Large Cap Groqwth Portfolio (X) | | None | J | T | | | | | |
| 234. ING JP Morgan Mid Cap Val. Portfolio 1 (X) | | None | J | T | | | | | |
| 235. Loomis Sayles Strategic Income Fund | A | Dividend | J | T | Buy | 10/24/13 | J | | |
| 236. | | | | | Buy (add'l) | 11/04/13 | J | | |
| 237. Betty Walsey Trust (X) | B | Interest | | | Sold | 03/31/13 | L | B | |
| 238. ING PIMCO Total Return Portfolio 1 (X) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Pioneer Strategic Income Fund Y (X) | | None | J | T | | | | | |
| 240. American Funds AM Balanced (X) | | None | J | T | | | | | |
| 241. Pioneer Equity Income Fund Y (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 06/09/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts.
The following assets were sold in 2012 and the transactions/amounts were less than $1,000.00: Intel Corp DE, RMA Money Market.
The following assets are valued at less than $1,000.00: Dreyfus Liquid Assets Class I, State of Louisiana (Start Program).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ LANCE M. AFRICK

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544